No. 75–92.   TUNNELL ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 75–108.   TROY'S WELDING, INC., ET AL. *v.* UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 75–114.   SHAHANE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 75–120.   FINIS P. ERNEST, INC. *v.* UNITED STATES. C. A. 7th Cir.   Certiorari denied.

No. 75–127.   ASSOCIATED SHOWER DOOR CO., INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 75–133.   CLARK *v.* JOHNSON ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 75–147.   TUCKER *v.* NEAL ET AL.   C. A. 2d Cir. Certiorari denied.

No. 75–171.   JENSEN *v.* KILGARIF ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 75–174.   ERNEST *v.* MILLER, ATTORNEY GENERAL OF VIRGINIA.   Cir. Ct. City of Richmond, Va., Div. 1. Certiorari denied.

No. 75–176.   HOUSTON ENDOWMENT, INC. *v.* DUNLOP, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.

No. 75–195.   TRIANGLE PUBLICATIONS, INC. *v.* MONTANDON.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.